**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6735**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

ADELSON MICHEL, a/k/a Cowboy, a/k/a Mike,

             Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Glen E. Conrad, Chief District Judge.  (5:06-cr-00041-GEC-1)

Submitted:  June 8, 2012              Decided:  June 21, 2012

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Adelson Michel, Appellant Pro Se.  Grayson A. Hoffman, Jeb Thomas Terrien, Assistant United States Attorneys, Harrisonburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adelson Michel appeals the district court's order reducing his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Michel, No. 5:06-cr-00041-GEC-1 (W.D. Va. Apr. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED